# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

TELESERVICES GROUP, INC.,                                    Case No.  HG 05-00690

    Debtor.

_____/

MARCIA R. MEOLI,

    Plaintiff,

vs.                                                          Adv. Pro. No.  07-80037

THE HUNTINGTON NATIONAL BANK,

    Defendant.

_____/

## ORDER RE: TRUSTEE'S MAY 13, 2011 MOTION - SUMMARY JUDGMENT

At a session of said Court of Bankruptcy, held in and for
said district on _____MAR  3 0  2012_____.

PRESENT:    HONORABLE JEFFREY R. HUGHES
               United States Bankruptcy Judge

On May 13, 2011, Marcia R. Meoli ("Trustee") filed a motion entitled "Trustee's Amended Motion for Summary Judgment" (DN 368).

For the reasons stated in its opinion filed concurrently herewith, Trustee's motion is granted in part.

                                     3/30/12
                       _____
                       Honorable Jeffrey R. Hughes
                       United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Douglas A. Donnell, Esq.
John E. Anding, Esq.
Mark A. Kehoe, Esq.
James Moskal, Esq.
Jeffrey O. Birkhold, Esq.